IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA

vs.

EDWIN J. COOK

NO.: 5:08-po-03-07 (CWH)

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Middle District of Georgia hereby dismisses the pending Citation Number F3878091 in the case against EDWIN J. COOK, defendant.

REASON: On November 14, 2007, the defendant was given a citation for driving on a closed road. On March 10, 2008, the government received information that EDWIN J. COOK has chronic pancreatic insufficiency.

MAXWELL WOOD
UNITED STATES ATTORNEY

By: PAUL C. McCOMMON
ASSISTANT UNITED STATES ATTORNEY
STATE BAR NUMBER 484650

Leave of Court is granted for filing of the foregoing dismissal.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

DATE: 3/17/08